UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY DESEAN ADAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA MEN'S COLONY STATE PRISON, et al.,<br><br>　　　　　Defendants. | NO. CV 19-8857-SB (AGR)<br><br>ORDER (1) ACCEPTING FINDINGS RECOMMENDATIONS WITH CORRECTIONS; AND<br>(2) GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report") and the Objections/Request for Dismissal. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected.

　　　　The Court accepts the findings and recommendation of the Report but corrects the following typographical errors. The statute is corrected to read "266(i(a)" on page 7, line 9 and page 8, line 3.

　　　　With these corrections, Plaintiff "request[s] that this civil complaint be dismissed." (Dkt. No. 57 at 2.) Plaintiff's request is GRANTED.

　　　　IT IS ORDERED that Defendants' motion to dismiss the First Amended Complaint is GRANTED IN PART AND DENIED IN PART as follows: Defendants' motion to dismiss is granted with leave to amend as to the failure-to-protect claim and

without leave to amend as to the-denial-of-visitation claim.

IT IS FURTHER ORDERED that Plaintiff's request for dismissal of this action is GRANTED.  All pending motions are denied as moot.

DATED: January 19, 2021

STANLEY BLUMENFELD, JR.
United States District Judge